JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE KENNARD DEVELOPMENT GROUP,<br><br>   Plaintiff,<br><br>vs.<br><br>HARTFORD FIRE INSURANCE COMPANY dba THE HARTFORD, SENTINEL INSURANCE COMPANY, LTD.;<br><br>   Defendants. | Case No. CV 17-6305-GW(SKx)<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE** |

///
///
///
///
///
///
///
///
///

1   The Court, having reviewed the Stipulation for Dismissal With Prejudice filed
2   by Plaintiff The Kennard Development Group ("Kennard") and Defendant Sentinel
3   Insurance Company, Ltd. ("Sentinel") (erroneously sued as "Hartford Fire Insurance
4   Company dba The Hartford") (collectively "Parties"), hereby Orders as follows:

**IT IS ORDERED** that the above-captioned action be and hereby is dismissed, in its entirety, with prejudice, pursuant to Fed. R. Civ. P. Rule 41, with the Parties to bear their own costs and attorneys' fees, and with , and with the Court to retain jurisdiction over the settlement agreement entered between the Parties, including the enforcement thereof.

DATED: February 7, 2018

_____
GEORGE H. WU, U.S. District Judge

BUCHALTER
A PROFESSIONAL CORPORATION
IRVINE

2961281v.1